UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BENEDICT,<br><br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS et al.,<br><br>    Defendants. | Civil Action No.<br>18-11547-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

*Pro se* plaintiff David Benedict has brought suit against a variety of defendants, including the Commonwealth of Massachusetts, the Plymouth County Superior Court, the Plymouth County District Attorney's Office, the Brockton Police Department, the Plymouth County Correctional Facility, and the Massachusetts Department of Correction. He appears to allege constitutional violations arising out of his 2003 arrest and subsequent trial in Plymouth Superior Court.

On August 15, 2018, this Court ordered plaintiff to show cause by September 5, 2018, why the complaint should not be dismissed on the basis of claim preclusion and the statute of limitations. Because plaintiff failed to show cause within that deadline, this action is hereby DISMISSED with prejudice.

**So Ordered.**

Dated: October 23, 2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge